IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR. CASE NO.: 2:07cr176-WKW |
| ) | |
| JERRY ALAN PENTON ) | |

## ORDER

On August 24, 2007, a hearing was held on the Government's Motion for Detention. Court will reconvene for a final determination on the motion on September 4, 2007 at 11:00 a.m. in Courtroom 5-A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama before the undersigned Magistrate Judge.

Pending this hearing, Defendant(s) shall be held in custody of the U. S. Marshal and produced for the hearing.

DONE, this 27rd day of August, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE