```
          IN THE DISTRICT COURT OF THE UNITED STATES
             FOR THE MIDDLE DISTRICT OF ALABAMA
                       NORTHERN DIVISION
```

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   CR. NO. 2:07cr176-WKW |
| | ) |
| JERRY ALAN PENTON | ) |

NOTICE OF BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY

COMES NOW the United States Attorney's Office for the Middle District of Alabama, by and through the undersigned Assistant United States Attorney, and hereby files the following Bill of Particulars:

Through the violations of Title 18, United States Code, Section 2252A(a)(6)(A) and (B); Title 18, United States Code, Section 2252A(a)(2)(A) and (B); and, Title 18, United States Code, Section 2252A(a)(5)(B) as alleged in Counts 1 through 3 of the indictment, which is punishable by imprisonment of more than one year, the United States seeks forfeiture of the following property pursuant to Title 18, United States Code, 2253:

1. One Gateway laptop, Model MX6439, bearing serial number T0069.00.28;

2. One Western Digital hard drive, with attached USB cable, bearing serial number WXC207116135;

3. One gigabyte Lexar micro sd, bearing serial number MM4GR01GUAW-PA;

4. One 64mb Sandisk micro sd, bearing serial number 0624701307S;

5. One gigabyte Lexar thumbdrive; and,

6. One gigabyte Verbatim thumbdrive.

Respectfully submitted this 28th day of August, 2007.

                FOR THE UNITED STATES ATTORNEY
                    LEURA G. CANARY

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
131 Clayton Street
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov
Bar Number: 7068-II58J

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Respectfully submitted,

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney