MINUTES

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION

HON.  WALLACE CAPEL, JR.                    Montgomery , Alabama

DATE COMMENCED:    9/4/07          DIGITAL RECORDING: 11:06 - 11:19

DATE COMPLETED:      9/4/07

USA                                    *          2:07cr176-WKW

vs                                     *

JERRY ALAN PENTON                      *

---

GOVERNMENT              APPEARANCES:                    DEFENDANT
                            *
Christopher A. Snyder       *          Kevin L. Butler
                            *
                            *

COURT OFFICIALS PRESENT:

Wanda A. Robinson, Courtroom Deputy

PROCEEDINGS:

(   ) JURY TRIAL
( x ) OTHER PROCEEDINGS:    COMPLETION of DETENTION HEARING of 8/24/07


11:06

Court Convenes; Government reiterates position as to detention for defendant; Defendant argues there are conditions that may be fashioned to protect the public; COURT ORDERS defendant be released on bond pending implementation of electronic monitoring devices by probation. CONDITIONS and BOND signed.

11:19 RECESS