IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.   ) | CR. NO.  2:07-CR-176-WKW |
| ) | |
| **JERRY ALAN PENTON** ) | |

**United States' Notice of Appeal to District Court
Requesting Revocation of Magistrate's Release Order**

The United States respectfully provides the parties and the Court notice of its intent to appeal of Magistrate Judge Wallace Caple's September 4, 2007 Order releasing Defendant Jerry Alan Penton, pending the trial in this case. *See* DE # 14.

Currently, the United States has ordered a transcript from the two detention hearings in this case.  It is United States' understanding that the transcript is now near completion and should be available for review shortly.  Shortly after the transcript is available, the United States will then file a full brief in support of its motion to revoke the magistrate judge's order.  Concurrent with this Notice, the United States has also filed an expedited motion for an immediate stay of magistrate's release order.

Respectfully submitted this 11th day of September, 2007,

        LEURA G. CANARY
        UNITED STATES ATTORNEY

        /s/ Christopher Snyder
        CHRISTOPHER A. SNYDER
        Assistant United States Attorney
        131 Clayton Street

        Montgomery, AL 36104
        Phone: (334) 223-7280
        Fax: (334) 223-7135
        E-mail: christopher.a.snyder@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2007, I electronically filed the foregoing with the Clerk of Court, using the CM/ECF system, which will send notification of such filing to Kevin Butler, Esq.

        /s/ Christopher Snyder
        CHRISTOPHER A. SNYDER
        Assistant United States Attorney