IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | Case No. 2:07-cr-0176-WKW |
| ) | |
| JERRY ALAN PENTON ) | |

ORDER

This cause is before the court on the Government's Motion for an Immediate Stay (Doc. # 18) of the United States Magistrate Judge's September 4, 2007 Release Order of defendant Jerry Alan Penton (Doc. # 14).

Having considered the limited record before the court and the time constraints presented by the circumstances, it is hereby ORDERED and ADJUDGED that the Order of Release (Doc. # 14) be STAYED pending a hearing on the United States' Motion for Revocation of Release Order (Doc. # 17), which is to be docketed and heard in this court on **September 18, 2007, at 3:00 p.m**.

DONE this 12th day of September, 2007..

        /s/   W.  Keith Watkins
      UNITED STATES DISTRICT JUDGE