IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. No.: 2:07cr176-WKW |
| ) | |
| JERRY ALAN PENTON ) | |

**MOTION TO EXTEND DEADLINE TO FILE PRETRIAL MOTIONS**

NOW COMES the Defendant, Jerry Alan Penton, by and through undersigned counsel, Kevin L. Butler, and respectfully moves this Court to extend the time to September 24, 2007 for filing pretrial motions in this matter. In support of this motion Defendant would show the following:

1. Mr. Penton is charged with multiple offenses stemming from his alleged possession, distribution and use of child pornography.

2. The alleged criminal activity took place over one year ago, may have involved multiple computers and is allegedly connected to a pending state charge of child molestation.

3. Undersigned counsel office was appointed on August 22, 2007 and undersigned counsel has not had sufficient time or opportunity to conduct the necessary discovery review, computer forensic analysis and case investigation required to prepare pretrial motions.[1]

3. It is in the interest of justice to allow undersigned counsel until September 24, 2007 to review the discovery and file any necessary pretrial motions.

WHEREFORE, defendant requests that this Motion be granted and the defense be given

---

[1] Additionally, undersigned counsel is presently reviewing the government's appeal of Mr. Penton's release order and preparing for the September 18, 2007 hearing on the government's appeal.

until September 24, 2007 to file pretrial motions.

                    Respectfully submitted,

                    s/ Kevin L. Butler
                    KEVIN L. BUTLER
                    First Assistant Federal Defender
                    201 Monroe Street, Suite 407
                    Montgomery, Alabama 36104
                    Phone: (334) 834-2099
                    Fax: (334) 834-0353
                    E-mail: kevin_butler@fd.org
                    AZ Bar Code: 014138

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | )   CR. No.: 2:07cr176-WKW |
| | ) |
| **JERRY ALAN PENTON** | ) |

### CERTIFICATE OF SERVICE

     I hereby certify that on September 12, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Chris Snyder, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104


                Respectfully submitted,


                s/ Kevin L. Butler
                KEVIN L. BUTLER
                First Assistant Federal Defender
                201 Monroe Street, Suite 407
                Montgomery, Alabama 36104
                Phone: (334) 834-2099
                Fax: (334) 834-0353
                E-mail: kevin_butler@fd.org
                AZ Bar Code: 014138