IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-0176-WKW |
| | ) | |
| JERRY ALAN PENTON | ) | |
| | ) | |

## **ORDER**

Upon consideration of the defendant's Motion to Extend Deadline to File Pretrial Motions (Doc. # 22), it is ORDERED that the motion is GRANTED. The deadline for filing pretrial motions is extended from September 12, 2007, to **September 24, 2007**.

DONE this 13th day of September, 2007.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE