IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr176-WKW |
| | ) | |
| JERRY ALAN PENTON | ) | |

## UNITED STATES' NOTICE OF APPEARANCE

Comes now the undersigned Assistant United States Attorney for the Middle District of

Alabama, Nathan D. Stump, and enters his notice of appearance on behalf of the United States in the

above-styled cause.

Respectfully submitted this the 18th day of September, 2007.

> LEURA G. CANARY
> UNITED STATES ATTORNEY
>
> /s/Nathan D. Stump
> NATHAN D. STUMP
> Assistant United States Attorney
> 131 Clayton Street
> Montgomery, AL 36104
> Phone: (334) 223-7280
> Fax: (334) 223-7135
> E-mail: nathan.stump@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr176-WKW |
| | ) | |
| JERRY ALAN PENTON | ) | |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 18,  2007, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will send notification of such filing to the

following: Kevin Butler, Esq.

Respectfully submitted,

/s/Nathan D. Stump
NATHAN D. STUMP
131 Clayton Street
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: nathan.stump@usdoj.gov
