IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. No.: 2:07cr176-WKW |
| | ) | |
| JERRY ALAN PENTON | ) | |

**UNOPPOSED MOTION TO CONTINUE TRIAL**

NOW COMES the Defendant, JERRY ALAN PENTON, by and through undersigned counsel, Kevin L. Butler, and pursuant to 18 U.S.C. §§ 3616(h)(3)(A)(B), (h)(8)(B)(i), (h)(8)(B)(ii), and (h)(8)(B)(iv), respectfully moves this Court to continue the trial of this matter currently set for November 5, 2007. Undersigned further requests that this Motion be sealed. In support of this Motion, the defendant would show the following:

1.  Mr. Penton is charged with multiple offenses stemming from his alleged possession, distribution and use of child pornography.

2.  The allegations against Mr. Penton are complex. Undersigned counsel is in the process of arranging with the government an opportunity to conduct an independent forensic analysis on the computers seized. Additionally, undersigned counsel is trying to locate and interview material witness to the allegations set forth in the indictment.

3.  Undersigned counsel will not be able to complete forensic evaluations and case investigation on or before the November 5, 2006, trial term. [1]

---

[1] Undersigned counsel is expecting his first child during the week of October 21, 2007. After the birth of the child undersigned counsel is scheduled to take two weeks paternity leave.

4. Requests for a continuance of trial are addressed to the sound discretion of the trial court. *United States v. Darby*, 744 F.2d 1508, 1521 (11th Cir. 1984), reh. denied 749 F.2d 733, cert. denied 471 U.S. 1100 (1985). Additionally, pursuant to 18 U.S.C. §§ 3616(h)(3)(A)(B), (h)(8)(B)(i), (h)(8)(B)(ii), and (h)(8)(B)(iv), it is in the interest of justice and within the discretion of the trial court to continue trial of this matter when the complex nature of a case necessitates granting the parties additional time to locate necessary witnesses and prepare for trial.

WHEREFORE, Defendant respectfully requests that this Motion To Continue Trial be granted.

Dated this 16th day of October, 2007.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | CR. No.: 2:07cr176-WKW |
| ) | |
| **JERRY ALAN PENTON** ) | |

### CERTIFICATE OF SERVICE

    I hereby certify that on October 16, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Chris Snyder, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104


    Respectfully submitted,


    s/ Kevin L. Butler
    KEVIN L. BUTLER
    First Assistant Federal Defender
    201 Monroe Street, Suite 407
    Montgomery, Alabama 36104
    Phone: (334) 834-2099
    Fax: (334) 834-0353
    E-mail: kevin_butler@fd.org
    AZ Bar Code: 014138

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. No.: 2:07cr176-WKW |
| ) | |
| JERRY ALAN PENTON ) | |

### WAIVER OF RIGHT TO SPEEDY TRIAL

The undersigned Defendant, after being first advised of his right to a speedy trial as guaranteed him by the Sixth Amendment of the United States Constitution and the implementation of said right in 18 U.S.C. § 3161, hereby waives his right to a speedy trial as to the November 5, 2007 trial term.

X _____
JERRY ALAN PENTON

DATE: 10/16/07