IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | ) | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-CR-176-WKW |
| | ) | |
| **JERRY ALAN PENTON** | ) | |
| | ) | |

### United States's Motion to Continue Trial

The United States respectfully requests the Court to continue the case against Defendant Jerry Alan Penton until the Court's next trial term.[1] It requests this relief for the following reasons:

1.  On August 15, 2007, a Grand Jury Sitting in the Middle District of Alabama returned a three-count Indictment against Penton. The Indictment charged Penton with: (1) providing a minor family relative with child pornography that had moved in interstate commerce in order to sexually assault her and did sexually assault her; (2) distribution of child pornography; and (3) possession of child pornography. The case has been continued once previously, at Penton's unopposed request in October 2007.

2.  One of the main case agents for this case is Special Agent John Canning with the Federal Bureau of Investigation. On October 10, 2007, Special Agent Canning's father was diagnosed with terminal cancer. Two weeks later Special Agent Canning's

---

[1] The United States has contacted Kevin Butler, attorney for the defendant, and he indicated that he is unable, at this time, to give a position on this Motion.

father passed away.  Then, on December 3, 2007, Special Agent Canning's mother suffered an unexpected aneurysm. On December 16, 2007, Special Agent Canning's mother passed away.

    3.     The United States has just learned that Special Agent Canning has requested from the FBI 30 days temporary duty in his hometown in Florida in order to put his family's affairs in order.  A further complication is that Special Agent Canning must also put his adult brother affair's in order.  His brother is mentally handicapped and was dependant on his parents.

    4.     Special Agent Canning is awaiting headquarters to grant his request, but he anticipates that his 30 days temporary duty will begin sometime late this week or at the beginning of next week.  As a result, Special Agent Canning will not be available during the time of the trial when it is presently scheduled.  The United States anticipates calling Special Agent Canning as a witness and would rely on him heavily in preparing for trial.

    5.     Additionally, while not a reason in itself, the United States has also been informed that another witness, Lt. John Shearon of the Chilton County Sheriff's Office is scheduled to testify before the Chilton County Grand Jury the week of February 4, 2008. The United States also anticipates calling Lt. Shearon as a witness at trial.

    6.     Normally, the grant of a continuance is left to the sound discretion of the trial judge,[2] however, the Court is limited by the requirements of the Speedy Trial Act.[3] The United States, therefore, requests that this case be continued for several reasons, each

---

[2] *United States v. Stilzer*, 785 F.2d 1506, 1516 (11th Cir. 1986).

[3] 18 U.S.C. § 3161.

of which is authorized by the Speedy Trial Act.

7. First, the case should be continued and the days excluded from the Speedy Trial calculation because "the unavailablity of . . . essential witness[es] . . ."[4] for the Government–specifically, Special Agent Canning and Lt. Shearon.

8. Furthermore, while still in their infancy, the parties have broached the topic of a plea agreement. The Government believes that additional time could possibly be fruitful in resolving this case without a trial. Given this and given Special Agent Canning's unique situation, "the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial."[5]

Because both the ends of justice are best served with a continuance and the calculation is otherwise excluded from the Speedy Trial calculation, the Government respectfully requests that the Court continue this case to its next trial term.

Respectfully submitted this 16th day of January, 2008,

> LEURA G. CANARY
> UNITED STATES ATTORNEY
>
> /s/ Christopher Snyder
> CHRISTOPHER A. SNYDER
> Assistant United States Attorney
> 131 Clayton Street
> Montgomery, AL 36104
> Phone: (334) 223-7280
> Fax: (334) 223-7135
> E-mail: christopher.a.snyder@usdoj.gov

---

[4] *Id.* § 3161(h)(3)(A)

[5] *Id.* § 3161(h)(8)(A).

## CERTIFICATE OF SERVICE

  I hereby certify that on January 16, 2008, I electronically filed the foregoing with the Clerk of Court, using the CM/ECF system, which will send notification of such filing to Kevin Butler, Esq.

                /s/ Christopher Snyder
                CHRISTOPHER A. SNYDER
                Assistant United States Attorney