IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. No.: 2:07cr176-WKW |
| | ) | |
| JERRY ALAN PENTON | ) | |

## MOTION TO REOPEN DETENTION HEARING
## & REQUEST FOR EVIDENTIARY HEARING

**NOW COMES** the Defendant, Jerry Alan Penton, by and through undersigned counsel, Kevin L. Butler, and pursuant to 18 U.S.C. § 3142(f) moves this Court to reopen his detention hearing and order that Mr. Penton be placed on home arrest with electronic and GPS monitoring. In the alternative, Mr. Penton requests he be placed in a community correction facility (half-way house). In support of this motion the defense states:

1. Mr. Penton is charged in a three count indictment with allegedly inducing a minor to engage in sexual conduct and possessing and distributing child pornography. (Doc. #1).

2. It is not contested that Mr. Penton is a risk of flight. Additionally, both parties agree that Mr. Penton has extensive ties to Alabama, he is married and he has no criminal history. (See Doc. #19, #30, #29-p.6). However, the government argues Mr. Penton is a danger to the community and no conditions or combination of conditions will protect the community.

3. On August 27, 2007, a detention hearing was conducted before United States Magistrate Judge Wallace Capel Jr. No evidence was presented that Mr. Penton was a flight risk. However, because of the nature of the charges and the nature of the evidence against Mr. Penton, in order to protect the safety of community, Judge Capel imposed strict conditions

upon Mr. Penton's release. (Doc. #15)

4. The government appealed Mr. Penton's release. (Doc. #17).

5. After a supplemental evidentiary hearing, on September 29, 2007, this Court overruled a Magistrate Judge's release of Mr. Penton and directed Mr. Penton be detained pending trial. (Doc. #29). This Court determined that given the nature of the charges and the facts and circumstances surrounding this alleged offense, the stringent/strong conditions set by Judge Capel would not provide sufficient safety to the community. (Doc. #29). Specifically, this Court held the residence that Mr. Penton was directed to live in was too remote and the monitoring conditions imposed by the Magistrate Judge would be potentially unreliable. (Doc 29 at 3).

6. Pursuant to 18 U.S.C. § 3142(f), this Court has the authority to reopen a detention hearing if new and material evidence is presented which bears upon the issue of whether conditions of release can be fashioned.

7. The defense has been able to secure another residence were adequate monitoring conditions can be imposed. Mr. Penton would ask that he be released to the residence of Ruby Penton, 2335 County Road 18, Clanton, Alabama 35046. This is the residence of Mr. Penton's grandmother. There is neither a computer nor internet service at the residence. There is a traditional/land phone line in the residence. Additionally, the residence is located approximately one mile from the Clanton city limits and there are no objects which would interfere with GPS monitoring. Finally, Mr. Penton's grandmother would be at the residence at all times and capable of monitoring Mr. Penton at all times. Mr. Penton's family has also indicated that additional adult family members are willing to be present at the residence at

      all time to insure Mr. Penton is complying with all release conditions (i.e., no cell phone, computers etc.).

8.     These conditions will ensure compliance with release conditions and ensure the safety of the community.[1]

7.     In the alternative, Mr. Penton would request, that pending trial, he be allowed to reside at the community corrections facility located in Montgomery, Alabama.

WHEREFORE, for these reasons set forth above, Mr. Penton asks that the detention hearing in this matter be reopened and that this Court order him placed on home arrest or in a community corrections facility pending the resolution of the indictment filed in this matter.

                                        Respectfully submitted,

                                        s/ Kevin L. Butler
                                        KEVIN L. BUTLER
                                        First Assistant Federal Defender
                                        201 Monroe Street, Suite 407
                                        Montgomery, Alabama 36104
                                        Phone: (334) 834-2099
                                        Fax: (334) 834-0353
                                        E-mail: kevin_butler@fd.org
                                        AZ Bar Code: 014138

---

[1] If inclined to allow Mr. Penton's release, the defense believes the Court will order he be placed on home arrest. However, if the Court deems it appropriate, Mr. Penton has also secured employment at McDowell Appraisals, 400 1st Avenue, Clanton, Alabama 35045, Phone: (205) 755-2796.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CR. No.: 2:07cr176-WKW |
| ) | |
| JERRY ALAN PENTON ) | |

### CERTIFICATE OF SERVICE

    I hereby certify that on February 21, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Chris Snyder, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104


    Respectfully submitted,


    s/ Kevin L. Butler
    KEVIN L. BUTLER
    First Assistant Federal Defender
    201 Monroe Street, Suite 407
    Montgomery, Alabama 36104
    Phone: (334) 834-2099
    Fax: (334) 834-0353
    E-mail: kevin_butler@fd.org
    AZ Bar Code: 014138