IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 2:07-cr-0176-WKW |
| | ) | |
| JERRY ALAN PENTON | ) | |

## **ORDER**

On February 21, 2008, the defendant filed a Motion to Reopen Detention Hearing & Request for Evidentiary Hearing. (Doc. # 36.) Accordingly, it is ORDERED that the government shall respond in writing to the defendant's motion **on or before March 7, 2008**.

DONE this 27th day of February, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE