IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  2:07-cr-176-WKW |
| | ) | |
| JERRY ALAN PENTON | ) | |

UNOPPOSED MOTION TO CONTINUE RESPONSE TIME

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully requests that this Court continue the government's response time to Defendant Penton's Motion to Reopen Detention Hearing and Request for Evidentiary Hearing. In support thereof, we would show the following:

1.  On February 21, 2008, Defendant Jerry Alan Penton filed a Motion to Reopen Detention Hearing and Request for Evidentiary Hearing. On February 28, 2008, the Court ordered the Government to respond to this motion on or before Friday, March 7, 2008.

2.  From Monday, February 25, 2008, until Friday, February 29, 2008, however, the attorney for Government, as the Middle District's Identity Theft Point of Contact, was attending the annual Identity Theft Seminar in Columbia, South Carolina.  Then, from Tuesday, March 4, 2008, until Friday, March 7, 2008, the attorney for the Government was required to be the Middle District's representative at the Department of Justice's International Mass Marketing Fraud Conference in Washington, DC.

3.  As a result of these out-of-district commitments, the attorney for the Government will need a brief continuance of time to both to prepare its response and to confer with the U.S. Probation Department about this motion. A continuance of one or two business days, so that the

Government's response will be due on Monday, March 10, 2008, or Tuesday, March 11, 2008, should be sufficient.

  4. The Government has contacted the Federal Defender's Office in an attempt to learn the Defendant's position on this Motion. The attorney for the Government spoke with Lynn Colbert who informed the Government that Kevin Butler was on paternity leave, but that he would not oppose this Motion.

  Respectfully submitted this the 7th of March, 2008.

          LEURA G. CANARY
          UNITED STATES ATTORNEY


          /s/ Christopher A. Snyder
          CHRISTOPHER A. SNYDER
          Assistant United States Attorney
          131 Clayton Street
          Montgomery, Alabama 36104
          Telephone: (334) 223-7280
          Fax: (334) 223-7135

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.   2:07-cr-176-WKW |
| | ) | |
| JERRY ALAN PENTON | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY


/s/ Christopher A. Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135