IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 2:07-cr-0176-WKW |
| | ) | |
| JERRY ALAN PENTON | ) | |

### **ORDER**

Upon consideration of the Government's Unopposed Motion to Continue Response Time (Doc. # 38), it is ORDERED that the motion is GRANTED. The Government's deadline to respond is extended from March 7, 2008 to **March 11, 2008**.

DONE this 7th day of March, 2008.

/s/   W. Keith Watkins
UNITED STATES DISTRICT JUDGE