IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. No.: 2:07cr176-WKW |
| | ) | |
| JERRY ALAN PENTON | ) | |

### UNOPPOSED MOTION TO CONTINUE TRIAL

NOW COMES the Defendant, JERRY ALAN PENTON, by and through undersigned counsel, Kevin L. Butler, and pursuant to 18 U.S.C. §§ 3616(h)(1)(I), (h)(8)(B)(I), (h)(8)(B)(ii), and (h)(8)(B)(iv), respectfully moves this Court to continue the trial of this matter currently set for May 5, 2008. In support of this Motion, the defendant would show the following:

1. Mr. Penton is charged in a multi-count indictment with utilizing a computer during and relation to sexual misconduct with a minor and possession of child pornography. The underlying facts and potential sentencing issues in this case are complex.

2. Absent a negotiated plea agreement, both government counsel and defense counsel have a good-faith belief that if Mr. Penton is convicted of these charges this court may be required to impose a sentence of life in prison without the possibility of parole.

3. Over the past two weeks, government counsel and defense counsel have engaged in good-faith negotiations in attempt to resolve this matter. However, the defense is still investigating and attempting to obtain mitigating information which is relevant to these negotiations. Much of this information is located outside of the Middle District of Alabama. This information will also be necessary for the Court to analyze any negotiated plea agreement, calculate the potential sentencing guidelines, impose a sentence in compliance with 18 U.S.C.§ 3553 and exercise its meaningful

sentencing authority.

4. However, defense counsel's investigation and subsequent plea negotiations can not be completed on or before the presently scheduled trial date.

5. In addition to the complexities involved in analyzing the potential penalties facing Mr. Penton, the underlying facts of this case are also complicated. Specifically, this case involves the forensic analysis of over seven computers, hundreds of CD's (compact disks) and floppy diskettes, expert analysis of the forensic computer data (some of which may be encrypted) and expert analysis of potential child testimony.

6. However, undersigned counsel will not be able to complete the defense analysis of this critical information or secure and schedule necessary expert testimony prior to the presently scheduled trial date.

7. For these reasons, it is in the interest of justice to continue trial past the presently scheduled May 5, 2008, trial date.

8. Government counsel does not oppose the continuance. A waiver of speedy trial signed by Mr. Penton is being filed separately. Additionally, given the severe punishments facing Mr. Penton, his continued incarceration while the defense completes a full and complete investigation of the complex trial and sentencing issues is not prejudicial. In fact, the continuance may facilitate a negotiated resolution of this case.

9. Requests for a continuance of trial are addressed to the sound discretion of the trial court. *United States v. Darby*, 744 F.2d 1508, 1521 (11th Cir. 1984), reh. denied 749 F.2d 733, cert. denied 471 U.S. 1100 (1985). Additionally, pursuant to 18 U.S.C. §§ 3616(h)(3)(A)(B), (h)(8)(B)(i), (h)(8)(B)(ii), and (h)(8)(B)(iv), it is in the interest of justice and within the discretion of the trial court to continue trial of this matter when the complex nature of a case necessitates

granting the parties additional time to locate necessary witnesses, prepare for trial and possibly present for consideration by the court a complex negotiated plea agreement.

WHEREFORE, Defendant respectfully requests that this Motion To Continue Trial be granted.

Dated this 16th day of April, 2008.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   CR. No.: 2:07cr176-WKW |
| | ) |
| JERRY ALAN PENTON | ) |

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 16, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Chris Snyder, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

      Respectfully submitted,

      s/ Kevin L. Butler
      KEVIN L. BUTLER
      First Assistant Federal Defender
      201 Monroe Street, Suite 407
      Montgomery, Alabama 36104
      Phone: (334) 834-2099
      Fax: (334) 834-0353
      E-mail: kevin_butler@fd.org
      AZ Bar Code: 014138