IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. : 2:07cr176-WKW |
| | ) | |
| JERRY ALAN PENTON | | |

**ORDER**

Based upon this court's order resetting the trial in the above-styled case from to May 5, 2008 to August 18, 2008 and for good cause, it is

ORDERED that the parties shall appear for a pretrial conference on June 30, 2008 at 9:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse, Montgomery, Alabama before the undersigned Magistrate Judge.

DONE this 22nd day of May, 2008.

/s/ Wallace Capel, Jr.

WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE